NEWMEYER & DILLION LLP
JAMES S. HULTZ, CBN 217623
GARY A. BARRERA, CBN 244073
1277 Treat Blvd, Suite 600
Walnut Creek, California 94597
(925) 988-3200; (925) 988-3290 (Fax)
James.Hultz@ndlf.com
Gary.Barrera@ndlf.com

Attorneys for Defendant
CENTEX HOMES, a Nevada General
Partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTEX HOMES, a Nevada partnership; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: CV10-02757-CRB<br><br>**STIPULATION TO EXTEND DEADLINE TO ISSUE INITIAL DISCLOSURES**<br><br>[Fed. R. Civ. P. 26(a)(1)(C)] |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure 26(a)(1)(C) that the deadline for the parties to issue their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) is hereby extended from September 14, 2010 to October 29, 2010, subject to further extensions as to which the parties may stipulate and agree given the circumstances of the case.

///

///

///

2288445.1

1  Dated: September 14, 2010          NEWMEYER & DILLION LLP

3                                      By: _____
4                                         Gary A. Barrera
                                          Attorneys for Defendant
                                          CENTEX HOMES, a Nevada General
5                                         Partnership

6  Dated: September ____, 2010        BOHM, MATSEN, KEGEL & AGUILERA, LLP

8
                                       By: _____
9                                         A. Eric Aguilera, Esq.
                                          Thomas V. Perea
10                                        Attorneys for Plaintiffs
                                          TRAVELERS PROPERTY CASUALTY
11                                        COMPANY OF AMERICA and ST.
                                          PAUL MERCURY INSURANCE
12                                        COMPANY

2288445.1

STIPULATION TO EXTEND DEADLINE TO ISSUE INITIAL DISCLOSURES

| | | |
|---|---|---|
| 1 | Dated: September _____, 2010 | NEWMEYER & DILLION LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Gary A. Barrera<br>Attorneys for Defendant |
| 5 | | CENTEX HOMES, a Nevada General Partnership |
| 6 | Dated: September 13, 2010 | BOHM, MATSEN, KEGEL & AGUILERA, LLP |
| 7 | | |
| 8 | | By:_____ |
| 9 | | A. Eric Aguilera, Esq.<br>Thomas V. Perea |
| 10 | | Attorneys for Plaintiffs<br>TRAVELERS PROPERTY CASUALTY |
| 11 | | COMPANY OF AMERICA and ST.<br>PAUL MERCURY INSURANCE |
| 12 | | COMPANY |

Sept. 20, 2010

**IT IS SO ORDERED**

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2288445.1

STIPULATION TO EXTEND DEADLINE TO ISSUE INITIAL DISCLOSURES