IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CENTEX HOMES,<br><br>　　　　Defendant.　　　　　　　／ | No. C 10-02757 CRB<br><br>**ARGUMENT ORDER** |

　　The Court hereby ORDERS the parties to be prepared to address the applicability of Federal Rule of Civil Procedure 18 to the Motion to Sever at the upcoming motion hearing on January 21, 2011.

　　**IT IS SO ORDERED.**

Dated: January 12, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\2757\argument order.wpd