**BOHM, MATSEN, KEGEL & AGUILERA, LLP**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Thomas V. Perea (SBN 140223)
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone: (714) 384-6500
Facsimile: (714) 384-6501
eaguilera@bmkalaw.com
kmyron@bmkalaw.com

Attorneys for Plaintiff and Counter-Defendant, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and Counter-Defendants ST. PAUL MERCURY INSURANCE COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY, THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS and THE TRAVELERS INSURANCE COMPANY

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>          Plaintiff,<br>v.<br><br>CENTEX HOMES, a Nevada partnership; and DOES 1 through 10 inclusive,<br><br>          Defendant. | Case No.  3:10-cv-02757-CRB<br>Assigned for All Purposes to:<br>Hon. Charles R. Breyer<br>Dept. 8<br><br><br><br>[~~PROPOSED~~] **ORDER RE: REQUEST FOR TELEPHONIC APPEARANCE AT THE JANUARY 28, 2011 TRIAL SETTING CONFERENCE** |
| CENTEX HOMES, a Nevada General Partnership,<br><br>          Counterclaimant,<br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; ST. PAUL MERCURY INSURANCE | Complaint Filed:   June 23, 2010<br>Trial Date:            None |

1

PROPOSED ORDER RE REQUEST FOR TELEPHONIC APPEARANCE AT THE JANUARY 28, 2011 TRIAL SETTING CONFERENCE

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | COMPANY, a Minnesota corporation, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS, an Illinois corporation; THE TRAVELERS INSURANCE COMPANY, a Connecticut corporation, and ROES 1 through 10, inclusive,<br><br>                    Counterdefendants. |

9  Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF
10 AMERICA ("**TRAVELERS**") filed its Request for Telephonic Appearance at the
11 January 28, 2011, Trial Setting Conference, in Courtroom 8, 19th Floor, of the United
12 States District Court – Northern Division.  The Court having reviewed plaintiff's
13 request, in satisfaction and upon plaintiff having shown good cause the Court hereby
14 Orders as follows:

15  IT IS SO ORDERED that Kari M. Myron, counsel for Plaintiff, TRAVELERS,
16 is hereby given authorization to appear at the Trial Setting Conference on January 28,
17 2011.

18  It is further ordered that Ms. Myron contact the clerk of this Court and provide
19 a land-line telephone number to be contacted at and is required to be available from
20 10:00 a.m. through the duration of the Trial Setting Conference.

22 Dated: January  25 , 2011    _____
23                 Honorable Charles R. Breyer
                United States

