NEWMEYER & DILLION LLP
JOSEPH A. FERRENTINO, CBN 162855
ANNE J. KELLEY, CBN 168217
SCOTT W. GLASSMOYER, CBN 256291
CAROLINE E. SIEFERT, CBN 251617
1277 Treat Blvd, Suite 600
Walnut Creek, California 94597
(925) 988-3200; (925) 988-3290 (Fax)
Joe.Ferrentino@ndlf.com
Anne.Kelley@ndlf.com
Scott.Glassmoyer@ndlf.com
Caroline.Siefert@ndlf.com

Attorneys for Defendant and
Counterclaimant CENTEX HOMES, a
Nevada General Partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTEX HOMES, a Nevada partnership; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: CV10-02757 CRB<br><br>[~~PROPOSED~~] ORDER<br><br>FILE DATE: June 23, 2010<br>TRIAL SET: June 6, 2011 |
| AND RELATED COUNTERCLAIMS | |

///

///

///

///

///

2577834.1

[PROPOSED] ORDER
CV10-02757 CRB (EDL)

1  By stipulation of the parties, the deadline for expert disclosures per
2  Fed.R.Civ.Proc. 26(a)(2) is extended to April 1, 2011, and the discovery cutoff for
3  all depositions and written discovery per Fed.R.Civ.Proc. 26(b)(4)(A) and 30-36
4  shall be May 6, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:   February 28, 2011                    _____
                                              Honorable Charles R. Breyer



2577834.1                       - 1 -                    [PROPOSED ORDER]
                                                         CV10-02757 CRB (EDL)