United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRAVELERS PROPERTY,

        Plaintiff,

  v.

CENTEX HOMES,

        Defendant.

No. C-10-02757 CRB (EDL)

**ORDER GRANTING REQUEST TO CONTINUE EXPERT REBUTTAL DEADLINE**

    The Court has considered Centex Homes' *ex parte* application to continue the deadline for rebuttal expert disclosure, as well as Travelers Property's opposition and supporting papers. In light of the fact that Judge Breyer has continued the trial date and discovery cutoff, the parties have agreed to postpone the depositions of expert witnesses until after Judge Breyer rules on Centex Homes' Motion for Reconsideration (Dkt. # 214), and because Travelers Property has not persuasively articulated any prejudice that it will suffer as a result of the continuance, good cause appears and Centex Homes' application is GRANTED. The deadline for disclosure of rebuttal experts shall be continued until two weeks after Judge Breyer rules on Centex Homes' Motion for Reconsideration.

**IT IS SO ORDERED.**

Dated: May 2, 2011

                                            ELIZABETH D. LAPORTE
                                            United States Magistrate Judge