IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY,<br><br>      Plaintiff,<br><br>  v.<br><br>CENTEX HOMES,<br><br>      Defendant.<br>_____ / | No. C-10-02757 CRB (EDL)<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR NEWMEYER & DILLION'S EX PARTE APPLICATION FOR PROTECTIVE ORDER OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME ON A MOTION FOR PROTECTIVE ORDER** |

On May 19, 2011, non-party Newmeyer & Dillion filed an Ex Parte Application for a Protective Order, or in the Alternative, for an Order Shortening Time for a Hearing on a Motion for Protective Order. Good cause appearing, the Court sets the following briefing schedule. Any opposition shall be filed no later than May 27, 2011. Any reply shall be filed no later than June 1, 2011. A hearing is scheduled for June 14, 2011 at 2:00 p.m. The Court will notify the parties if the hearing is not necessary.

**IT IS SO ORDERED.**

Dated: May 20, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge