1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>v.<br><br>CENTEX HOMES, a Nevada partnership; and DOES 1 through 10 inclusive,<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. **3:10-cv-02757-CRB**<br>Assigned for All Purposes to:<br>Hon. Charles R. Breyer<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO CONTINUE THE HEARING DATE ON CENTEX HOMES' MOTION TO STAY PROCEEDINGS**<br><br>[Filed concurrently with Stipulation]<br><br>Current Date: July 22, 2011<br>Proposed Date: August 5, 2011<br>Time: 10:00 a.m.<br>Dept.: Courtroom 6, 17th Floor<br><br>Complaint Filed: June 23, 2010<br>Trial Date: None |

1

1 **ORDER**

2    IT IS ORDERED that the hearing date on defendant and counter-complainant Centex's
3 Motion to Stay Proceedings is continued from **July 22, 2011** to **August 5, 2011**.  The time of the
4 hearing and location are to remain the same.

6 Dated: July 21, 2011                                By: _____
                                                      Hon. Charles R. Breyer
7                                                     United S...



2

[PROPOSED] ORDER REGARDING STIPULATION TO CONTINUE HEARING
CV10-02757 CRB (EDL)