IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CENTEX HOMES, <br><br> Defendant. | No. C 10-2757 CRB <br><br> **ORDER GRANTING MOTION TO LIFT STAY** |

 Now before the Court is Plaintiffs' Motion to Lift Stay (dkt. 378), which asserts that all four underlying cases at issue in this action have now been resolved, enabling the Court to "determine the full extent of the damages suffered by Travelers as a consequence of Centex's refusal to allow Travelers to control Centex's defense." Defendant has filed a Statement of Non-Opposition to the Motion (dkt. 379).

 The Court finds this matter suitable for resolution without oral argument pursuant to Civil Local Rule 7-1(b), and, good cause appearing therefor, GRANTS Plaintiffs' Motion. Although the Court VACATES the motion hearing currently set for Friday, June 29, 2012 at 10:00 AM, it DIRECTS the parties to appear for a case management conference on Friday,

//

//

1  June 29, 2012 at 8:30 AM.

2  **IT IS SO ORDERED.**

3  Dated: June 18, 2012

                                              CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California