IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY,<br><br>   Plaintiff,<br><br>   v.<br><br>CENTEX HOMES,<br><br>   Defendant._____/ | No. C 10-02757 CRB<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

This case was stayed on August 5, 2011. Dkt. 365. After the four underlying cases were resolved, this Court lifted the stay on June 18, 2012. Dkt. 381. One week later, Centex filed a Motion for Reconsideration of the Court's Order of April 1, 2011. Dkt. 382. Civil Local Rule 7-9 states that "[n]o party may notice a motion for reconsideration without first obtaining leave of Court to file the motion." Because Centex did not so apply, its motion is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: July 5, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\2757\order re reconsid.wpd