1

2

3

4

5

6

7

8                                IN THE UNITED STATES DISTRICT COURT

9                               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   TRAVELERS PROPERTY,                          No. C 10-02757 CRB

12              Plaintiff,                          **ORDER OF DISMISSAL**

13      v.

14   CENTEX HOMES,

15              Defendant.

16   _____/

17           The parties hereto, by their counsel, having advised the Court that they have agreed to a

18   settlement of this case,

19           IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided,

20   however, that if any party hereto shall certify to this Court, within thirty (30) days, with proof of

21   service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has

22   not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be

23   restored to the calendar to be set for trial.

24

25   Dated: November 13, 2012

26                                                  _____
                                                    CHARLES  R. BREYER
                                                    UNITED STATES DISTRICT JUDGE

27

28

*United States District Court*
*For the Northern District of California*